(P) 10/20/15

To:



# COURT OF APPEALS

**FOURTH COURT OF APPEALS DISTRICT**
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

SANDEE BRYAN
MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

FILED 2015 OCT 26 PM 2:22
KEITH E. HOTTLE, CLERK
IN THE COURT OF APPEALS SAN ANTONIO

October 13, 2015

Patrick Barry Montgomery
Attorney At Law
111 Soledad Street, Suite 300
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Ricardo Vela Jr.
Paul Elizondo Tower
101 W. Nueva, 3rd Floor
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

From: Robert Martinez, Pro Se
TDCJ ID#1931397
Lopez State Jail
1203 El Cibolo
Edinburg, TX 78542

Honorable Clerk!
✱ Bring this to the attention of the courts

RE:  Court of Appeals Number:  04-14-00555-CR
     Trial Court Case Number:  307125
     Style:  Robert Martinez
         v.
         The State of Texas

I will content I Am a Pro litigant, And wish to exercise my right to be heard. My lawyer continues And fails to communicate with me.

Mr. Martinez,

Your appeal has been submitted on briefs. It was submitted September 8, 2015, and is being reviewed by this court. The court will issue the Opinion at a later date.

In Good faith I Am requesting a copy of the State's brief

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262

20 Oct 2015

Robert Martinez, Pro Se
Defendant

UNSWORN Declaration
I Robert Martinez, TDCJ ID No 1931397 being incarcerated in TDCJ Hidalgo County declare under penalty of perjury that the above And foregoing is true And correct to the best of my ability.
20 Oct 2015

PITNEY BOWES
$ 000.485
02 1P
0003179973
OCT 15 2015
MAILED FROM ZIP CODE 78205
UNITED STATES POSTAGE

SAN ANTONIO
TX

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

Robert Martinez
TDCJ ID#1931397
Lopez State Jail
1203 El Cibolo
Edinburg, TX 78542

7654223455

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 El Cibolo Rd
Edinburg, Tx 78542

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 OCT 26 PM 2:22

Keith E. Hottle
HOTTLE, CLERK

Legal Mail
20 Oct 2015

Honorable Court of Appeals Clerk
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio Tx,
San Antonio Tx, 78205-3037

78205-3037